IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| E-WATCH, INC. AND<br>E-WATCH CORPORATION,<br><br>    Plaintiffs,<br><br>    v.<br><br>HTC CORPORATION AND<br>HTC AMERICA, INC.,<br><br>    Defendants. | § § § § § § § § § § § § § | Civil Action No. 2:13-cv-01063<br><br>**Jury Trial Demanded** |

**STIPULATION OF ACCEPTANCE OF SERVICE AND**
**JOINT STIPULATED MOTION TO EXTEND TIME TO ANSWER**

Plaintiffs e-Watch, Inc. and e-Watch Corporation and Defendants HTC Corporation and HTC America, Inc., jointly come before the Court and stipulate that:

- Defendant HTC Corporation agrees to waive formal service of process pursuant to the Hague convention and consents to service in this action by delivery of the amended complaint via electronic mail to counsel of record for Defendant HTC Corporation, as reflected in the signature block below; and

- Defendant HTC America, Inc. was served with the summons and the amended complaint in this action on January 8, 2014.

In return for the above, Plaintiffs agree to extend the time within which all named Defendants must file answers or otherwise respond to the amended complaint. Pursuant to Local Rule CV-12, the parties jointly move the Court to set the date by which Defendants HTC Corporation and HTC America, Inc. will file their answers or otherwise respond to the amended complaint to March 31, 2014.

DATED: February 4, 2014

Respectfully submitted,

| **COUNSEL FOR E-WATCH, INC., AND E-WATCH CORPORATION** | **COUNSEL FOR HTC CORPORATION AND HTC AMERICA, INC.** |
|---|---|
| /s/ *Christopher V. Goodpastor* <br> Christopher V. Goodpastor <br> State Bar No. 00791991 <br> LEAD ATTORNEY <br> Mikal C. Watts <br> State Bar. No. 20981820 <br> WATTS GUERRA LLP <br> 811 Barton Springs Road, Suite 725 <br> Austin, Texas 78704 <br> Telephone: (512) 479-0500 <br> Facsimile: (512) 479-0502 <br> Email: cgoodpastor@wattsguerra.com <br> mcwatts@wattsguerra.com <br><br> Francisco Guerra, IV <br> State Bar No. 00797784 <br> WATTS GUERRA LLP <br> 300 Convent Street, Suite 100 <br> San Antonio, Texas 78205 <br> Telephone: (210) 527-0500 <br> Facsimile: (210) 527-0501 <br> Email: fguerra@wattsguerra.com | /s/ *David Wiggins* <br> David Wiggins <br> 13920 SE Eastgate Way, Suite 200 <br> Bellevue, Washington 98005 <br> Telephone:  (858) 353-1806 <br> Facsimile:  (858) <br> Email:  David_Wiggins@htc.com |

Andrew G. DiNovo
State Bar No. 00790594
Adam G. Price
State Bar No. 24027750
Chester J. Shiu
State Bar No. 24071126
Stefanie T. Scott
State Bar No. 24061617
Gregory S. Donahue
State Bar No. 24012539
DINOVO PRICE ELLWANGER
& HARDY LLP
7000 N. MoPac Expressway, Suite 350
Austin, Texas 78731
Telephone: (512) 539-2626
Facsimile: (512) 539-2627
Email: adinovo@dpelaw.com
aprice@dpelaw.com
cshiu@dpelaw.com
sscott@dpelaw.com
gdonahue@dpelaw.com

T. John Ward, Jr.
State Bar No. 00794818
WARD & SMITH LAW FIRM
P.O. Box 1231
Longview, Texas 75606-1231
Telephone: (903) 757-6400
Facsimile: (903) 757-2323
Email: jw@wsfirm.com